[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-13805
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 18, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:05-cr-00036-SPM-AK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARNELL EDWARD KEYE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(January 18, 2011)

Before WILSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Darnell Edward Keye, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, we **GRANT** counsel's motion to withdraw, and **AFFIRM** the revocation of Keye's supervised release and the sentence imposed by the district court.